UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60312 Damian/Valle
18 U.S.C. § 641
42 U.S.C. § 408(a)(4)
18 U.S.C. § 981(a)(1)C)

UNITED STATES OF AMERICA

v.

ASHA ANDERSON,

Defendant.
_______________________________________/

FILED BY ___ D.C.
DEC 18 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Theft of Government Funds**
**(18 U.S.C. § 641)**

From on or about April 3, 2017, through on or about December 2, 2022, in Broward County, in the Southern District of Florida, the defendant,

**ASHA ANDERSON,**

did knowingly and willfully receive, conceal, and retain with the intent to convert to her own use and gain, money and a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, Social Security Retirement Insurance Benefits, payable to an individual with the initials I.A., knowing the Social Security Retirement Insurance Benefits to have been stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

## COUNT 2
**Social Security Fraud**
**(42 U.S.C. § 408(a)(4))**

From on or about April 3, 2017, through on or about December 2, 2022, in Broward County, in the Southern District of Florida, the defendant,

**ASHA ANDERSON,**

having knowledge of the occurrence of an event, that is, the death of an individual with the initials I.A., affecting the continued right of I.A. to payment of Social Security Retirement Insurance Benefits, under Title II of the Social Security Act, as amended, in whose behalf the defendant was receiving such payments, did knowingly conceal and fail to disclose such event to the Social Security Administration, with the fraudulent intent to secure the payment of I.A.'s Social Security Retirement Insurance Benefits, when no payment was authorized, in violation of Title 42, United States Code, Section 408(a)(4).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ASHA ANDERSON**, has an interest.

2. Upon conviction of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

[*intentionally left blank*]

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

FOR BRUCE O. BROWN

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

NIKOLE HICIANO
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** | **CASE NO.:** 25-CR-60312 Damián/Valle

**v.**

ASHA ANDERSON,

_______________________________/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☒ FTL ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) ______
Number of New Defendants ______
Total number of new counts ______

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ________________
4. This case will take 4 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) |
|---|---|---|---|
| I | ☒ | 0 to 5 days | ☐ Petty |
| II | ☐ | 6 to 10 days | ☐ Minor |
| III | ☐ | 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ | 21 to 60 days | ☒ Felony |
| V | ☐ | 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____________________ Case No. ____________________
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, ____________________ Magistrate Case No. ____________________
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____________________ Case No. ____________________
9. Defendant(s) in federal custody as of ____________________
10. Defendant(s) in state custody as of ____________________
11. Rule 20 from the __________ District of ______________
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: [signature]
Nikole Hiciano
Special Assistant United States Attorney
FL Bar No. 844411

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** ASHA ANDERSON

**Case No:** 25-CR-60312 Damian/Valle

Count #: 1

Theft of Government Funds

18 U.S.C. § 641

* **Max. Term of Imprisonment:** 10 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years
* **Max. Fine:** The greatest of $250,000 or twice the gross gain or twice the gross loss

Count #:2

Social Security Fraud

42 U.S.C. § 408(a)(4)

* **Max. Term of Imprisonment:** 5 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 Years
* **Max. Fine:** The greatest of $250,000 or twice the gross gain or twice the gross loss

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**